# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

One 1998, Yellow, Volkswagen Beetle, License Plate Number 5XZL853, Vehicle Identification Number 3VWBBG1WM035857, Registered To Angela WITTMER.

FILED
08 JUL -2 AM 9:45

APPLICATIION AND AFFIDAVIT
FOR SEARCH WARRANT

BY:
CASE NUMBER: 08 MJ 2016

I <u>Joseph Mokos</u> being duly sworn depose and say:

I am a <u>Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives</u> and have reason to believe that on the property or premises known as:

> **See Attachment A**

in the <u>SOUTHERN</u> District of <u>CALIFORNIA</u>

there is now concealed a certain person or property, namely

> **Evidence of a crime, contraband, fruits of crime, or other items illegally possessed, property designed for use, intended for use, or used in committing a crime, as set forth more fully in Attachment B**

which is

> **Property that constitutes evidence of the commission of a criminal offense, and which is and has been used as the means for committing a criminal offense**

concerning violations of Title <u>18</u>, United States Code, Sections 922(a)(6), 922(g)(3) and violations of Title <u>21</u>, United States Code, Sections 841(a)(1)

The facts to support a finding of Probable Cause are as follows:

> **See attached affidavit of Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Joseph Mokos, which is attached and incorporated herein by reference**

Continued on the attached sheets and made a part thereof.  <u>X</u> Yes __ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

7/2/08
Date

San Diego, California
City and State

The Honorable Barbara L. Major, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) Case Number:_____ |
| | ) |
| One 1998, Yellow, Volkswagen Beetle, License | ) AFFIFAVIT OF ATF SPECIAL |
| Plate Number 5XZL853, Vehicle Identification | ) AGENT JOSEPH MOKOS |
| Number 3VWBBG1WM035857, Registered | ) IN SUPPORT OF SEARCH |
| To Angela WITTMER. | ) WARRANT APPLICATION |
| | ) |

I, JOSEPH MOKOS, Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), having been duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed for approximately six years.

2. I am currently assigned to the San Diego, California Field Office. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy; as a result of my training and experience as an ATF Agent, I am familiar with federal and state criminal laws. My primary duties have been the enforcement of federal firearm, arson and explosive laws. I have participated in numerous investigations of possession of firearms by prohibited persons and the possession of illegal firearms and narcotics. I have participated in investigations that involved interstate and international firearm and narcotics trafficking. I have also participated in the searches of numerous residences and businesses involving federal and state firearm and narcotics violations.

1



3. This affidavit is submitted in support of an application to search a personal vehicle described as follows:

> One 1998, Yellow, Volkswagen Beetle, License Plate Number 5XZL853, Vehicle Identification Number 3VWBBG1WM035857, Registered To Angela WITTMER.

for firearms and narcotics, firearm and narcotics records and documents which evidence the sale, transfer or possession of firearms and or narcotics by WITTMER. These firearms and records are evidence of violations of Title 18 U.S.C. 922(a)(6) – false statement in the attempted acquisition of firearms, and Title 18 U.S.C. 922(g)(3) – possession by an unlawful user of or addicted to any controlled substance. These narcotics and records are evidence of violations of Title 21 U.S.C. 841(a)(1) – possession of a controlled substance with intent to distribute. I believe that probable cause exists to believe that evidence, fruits, and instrumentalities of violations of federal criminal law may be found in the above property.

4. I have been personally involved in the investigation that is the subject of this affidavit and I am completely familiar with the facts outlined below. That knowledge comes from my personal participation in this investigation, including interviews with, and my analysis of reports submitted by, other law-enforcement agents participating in this investigation.

## STATEMENT OF PROBABLE CAUSE

5. On February 16, 2008, ATF and ICE Special Agents conducted surveillance at a Crossroads of the West Gun Show at the Del Mar Fairgrounds, located at 2260 Jimmy Durante Boulevard, Del Mar, California 92014.

6. On the same date as above, at approximately 1:15 PM, Special Agent (SA) J. Scott Wakelin observed a Hispanic, male drive a Mercury Mountaineer bearing California license plate 4UPT113 into the parking lot where patrons attending the gun show parked their vehicles. According to SA Wakelin, the Hispanic, male was accompanied by a white, female. SA Wakelin observed the two individuals exit the vehicle and proceeded to enter the gun show. SA Wakelin observed what he believed to be multiple prison tattoos on the forearms and elbows of the Hispanic, male.

7. On the same date as above, SA Wakelin caused a query of the California Department of Motor Vehicle (DMV) records to be executed and determined that the vehicle that bore California license plate 4UPT113 was registered to Rodney PARKER at 6847 Springfield Street, San Diego, California 92114. SA Wakelin next queried DMV records and learned PARKER's Driver's License number was A2396532 and that he was born on July 22, 1975; SA Wakelin also obtained PARKER's physical description. SA Wakelin then queried the National Crime Information Center (NCIC) and California Law Enforcement Telecommunications System (CLETS). The NCIC and CLETS queries revealed that on August 8, 1997, PARKER was convicted of violating California Penal Code 273.5(A) – domestic violence, a felony, in the El Cajon Municipal Court. The NCIC and CLETS queries also revealed that on November 6, 2001, PARKER was convicted of violating California Health and Safety Code 11377(A) – possession of narcotics for sale, a felony, in the Superior Court of Chula Vista.

8. On the same date as above, at approximately 4:30 PM, SA Wakelin observed the previously-mentioned Hispanic male and white female exit the gun show and proceed to the vehicle they arrived in. SA Wakelin observed each individual carrying plastic bags;

3



however, he noticed that PARKER's bag appeared to contain a box similar in shape and apparent weight to a standard box of ammunition. SA Wakelin then observed the Hispanic, male drive the vehicle out of the parking lot and onto Jimmy Durante Boulevard heading north.

9. On the same date as above, San Diego Sheriff's Department Detective Conrad Berlinsky, initiated a traffic stop of the aforementioned vehicle as he observed that it was in violation of California Vehicle Code 26708(a) – tint on windows. Detective Berlinsky obtained California Driver's Licenses for the Hispanic, male and white, female. The Hispanic, male was identified as Rodney PARKER. The white, female was identified as Angela WITTMER.

10. On the same date as above and during the traffic stop, SAs Wakelin and Matt Beals contacted WITTMER. SA Wakelin and Beals identified themselves as ATF Agents. SA Wakelin advised WITTMER that she was not under arrest and that she did not have to talk to him if she chose not to. WITTMER stated that she was PARKER's girlfriend. WITTMER also advised SDSD Detectives that she had completed the paperwork to purchase one handgun at the gun show. SA Mokos later confirmed the attempted purchase by WITTMER of a Smith and Wesson, model MP9, .9mm pistol, s/n MPN7558 from Gussler's, a Federal firearms dealer, which was conducting business at the Crossroads of the West Gun Show.

11. On the same date as above, SAs Wakelin, Beals and ICE SA Jeffrey Pryor conducted a search incident to arrest/tow inventory of PARKER's vehicle. SA Beals noted that the center console to the vehicle was loose and not secured to the rest of the vehicle's interior. SA Beals was able to pull the center console up and found one Ruger .45 caliber

revolver closest to the driver's seat. SA Wakelin found one FIE .25 caliber pistol and ten rounds of .45 caliber ammunition in the same area, but closest to the passenger's seat. Each of the aforementioned firearms was loaded.

12. On the same date as above, SA Beals placed a recording device in his Government Owned Vehicle (GOV), a 2005, Chevrolet, Impala. SA Beals advised PARKER and WITTMER that they were going to be transported in his GOV to ATF for questioning and processing.

13. On the same date as above, SA Joseph Mokos reviewed the digital recording device that was operating while PARKER and WITTMER were in SA Beals' GOV during the search of PARKER's vehicle.

   a. SA Mokos heard WITTMER tell PARKER that she would take the blame for the two firearms that were located in the vehicle and that she would get them out of trouble. PARKER responded and told WITTMER that his fingerprints would be found on the firearms and that it didn't matter what she said.

   b. SA Mokos also heard WITTMER tell PARKER that they should claim the money found on PARKER was from the recent sale of her "Bug". PARKER asked WITTMER how much she sold the "Bug" for and WITTMER said: "Huh? The Bug? Hmmm. $2,500. Yesterday."

   c. SA Mokos also heard PARKER tell WITTMER that they needed to call "Julia", his roommate, to have her clear everything out of the house. PARKER specifically told WITTMER that he had "two" of something at his house. A few days later, SA Beals reviewed the digital recording device and

5

was able to determine that PARKER specifically told WITTMER that he had "two bricks" at his house.

14. On the same date as above, SAs Beals and Wakelin advised WITTMER of her Miranda rights and WITTMER agreed to waive her Miranda rights and speak with agents without the presence of an attorney.

   a. WITTMER stated that she had been dating PARKER for approximately eight months. WITTMER stated that she knew PARKER's roommate's name was "Julia." However, she did not provide any additional information as to PARKER's residence or his roommate.

   b. WITTMER told agents that the money found with PARKER belonged to her and that WITTMER received the money from the sale of her Volkswagen "Bug." However, WITTMER could not recall the name of the person to whom she sold the "Bug" or the amount of money she received from the sale.

   c. WITTMER also stated that she had been addicted to methamphetamine for the last eight years and smokes the drug approximately twice a day. WITTMER stated that she too smoked methamphetamine prior to attending the gun show earlier that day. WITTMER also stated to SA Beals that her three month old child was taken from her by the State of California at the time of the child's birth after WITTMER tested positive for methamphetamine.

15. On this same date, PARKER and WITTMER were arrested by ATF Agents for multiple violations of Federal firearms laws. On February 17, 2008, PARKER and WITTMER were transferred by ATF Agents to the Federal Metropolitan Correctional Center (MCC) in San Diego, California.

16. On May 2, 2008, a Federal search warrant, number 08MJ1395, was obtained by SA Mokos for the mobile cellular phone of Angela WITTMER. As a result of this search warrant, two text messages sent by Angela WITTMER were recovered. Outgoing text message number one dated February 15, 2008, from Angela WITTMER to Rodney PARKER states, "Miss u 2. I need another half p." Outgoing text message number two dated February 15, 2008, from Angela WITTMER to "Cheeks" states, "U got ne work yet? I got sum 1 with 200."

17. On June 24, 2008, SA Mokos obtained digital voice recordings of personal phone calls made by Angela WITTMER while in custody at MCC. A review of these digital voice recordings by SA Mokos revealed the following information:

    a. Phone call number eight on February 29, 2008, WITTMER states, "My Volkswagen Beetle is parked in Lemon Grove at this dude named Chapo's house." "That car is burnt. You would have to cover it."

    b. Phone call number fifteen on March 2, 2008, WITTMER states, "They are looking for that car. It is not to be seen."

    c. Phone call number twenty-four on March 4, 2008, WITTMER states, "My yellow car, that's my yellow car and it belongs to me." "The yellow one is mine. It cannot be out and about right now. It needs to be hidden."

    d. Phone call number thirty-two on March 5, 2008, WITTMER states, "I already own a strap in my name at my house."

    e. Phone call number thirty-three on March 5, 2008, WITTMER states, "Who has my car – Chapo. He should not be driving that car. It cannot be out and about. If you see it Dewey, lock it up for me. That car is bad news, but it is



      my shit and I want it to be there when I get out." "It is a ninety-nine Volkswagen Beetle, a yellow one."

    f. Phone call number forty-six on March 22, 2008, WITTMER states, "tweedy bird is in the impound lot."

    g. Phone call number sixty-seven on March 27, 2008, WITTMER states, "I just feel an emptiness where dope used to be. I see that now that I am sober."

    h. Phone call number seventy-one on March 28, 2008, WITTMER states, "The bug, it is in impound."

18. On June 30, 2008, SA Mokos contacted Roberta Limon from the San Diego County Sheriff's Department, Lemon Grove station. Limon stated that a two door, yellow Volkswagen Beetle, License Plate Number 5XZL853, Vehicle Identification Number 3VWBBG1C1WM035857 registered to Angela WITTMER was towed from 2800 Citronella Street, Lemon Grove, California on March 14, 2008. On June 30, 2008, SA Mokos confirmed through the California Law Enforcement Telecommunications System (CLETS) that the yellow Volkswagen Beetle, License Plate Number 5XZL853, Vehicle Identification Number 3VWBBG1C1WM035857 is currently registered to Angela WITTMER.

## CONCLUSION

19. Based on my training and experience, consultation with other agents from ATF, and all of the facts and opinions set forth in this affidavit, I know:

    a. It is common for individuals who illegally acquire, possess and sell firearms and or narcotics to keep firearms and or narcotics documents related to the



       acquisition and disposition of firearms and or narcotics at their residence, businesses, and in their vehicles for an indefinite period of time;

   b. It is common for individuals who possess firearms and or narcotics to possess items relating to those firearms and or narcotics, which includes ammunition, accessories, paraphernalia, scales, parts, photographs of firearms and or narcotics, receipts for the purchase of those items in their residences, businesses, and vehicles;

   c. It is also common for individuals involved in the illegal possession of firearms and or narcotics to store those items at places other than their residences, such as storage units or outbuildings. However, they often maintain receipts or other documentation related to those storage locations in their residences, businesses, and vehicles.

20. Consequently, based on my training, experience, and the above-mentioned facts, I believe there is probable cause to believe that WITTMER possesses firearms and or narcotics, documents related to the possession, acquisition and disposition of firearms and or narcotics in her vehicle.

21. Therefore, based on my training, experience, and the above facts, which I believe to be true, I have probable cause to believe that the above described property or a portion thereof will be in the described vehicle when the warrant is served and that such items would constitute evidence of false statements in the attempted acquisition of firearms, possession of a firearm by an unlawful user of or addicted to any controlled substance, and possession of a controlled substance with intent to distribute. With the above information, I respectfully request a warrant to be issued authorizing your affiant, a

Special Agent of ATF, to search the items described in Attachment A, and seize the items listed in Attachment B.

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

_____
JOSEPH MOKOS
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and Sworn to before me this 2d day of July, 2008

_____
THE HONORABLE BARBARA L. MAJOR
United States Magistrate Judge