AO 93 (Rev. 5/85) Search Warrant

**NOT FOR PUBLIC VIEW**

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

FILED
08 JUL -9 PM 2:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ecl

In the Matter of the Search of
(Name, address, or brief description of person, property or premises to be searched)

**SEARCH WARRANT**

One 1998, Yellow, Volkswagen Beetle, License
Plate Number 5XZL853, Vehicle Identification
Number 3VWBBG1WM035857, Registered
To Angela WITTMER.

CASE NUMBER: '08 MJ 2016

TO: Special Agent Joseph Mokos and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Joseph Mokos who has reason to believe that ☐ on the person of or ☐ on the premises known as or ☐ in the property described as (name, description and/or location)

*SEE ATTACHMENT A, incorporated as part of warrant*

In the Southern District of California
there is now concealed a certain person or property, namely (describe the person or property to be seized)

*SEE ATTACHMENT B, incorporated as part of warrant*

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   7/12/08
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

as required by law.

U.S. Judge **BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**

7/2/08 at 9:27 am          AT          SAN DIEGO, CALIF.
Date and Time Issued                        City and State

**BARBARA L. MAJOR**
Name and **U.S. MAGISTRATE JUDGE**     Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7-2-08 | DATE AND TIME WARRANT EXECUTED<br>7-2-08  1:00 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>LISA WOOD (MANAGER) |
| INVENTORY MADE IN PRESENCE OF<br>SA SCOTT WAKELIN / LISA WOOD | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>Nothing Found  /s/ 7-2-08 | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____   7-9-08
Joseph Mokos, ATF Special Agent        Date

Subscribed, sworn to, and returned before me this date  _McKinney Jr._____   7/9/08
                                                                                                                         Date
for The Honorable Barbara L. Major
U.S. Magistrate Judge



# ATTACHMENT A

## DESCRIPTIONS OF THINGS TO BE SEARCHED

**The Vehicle**

One 1998 Volkswagen Beetle, California License Plate 5XZL853, Vehicle Identification Number 3VWBBG1C1WM035857

**The Vehicle's Physical Description**

One yellow 1998 Volkswagen Beetle, California license plate 5XZL853, which is currently being stored at Western Towing Company, 6990 Mission Gorge Road, San Diego, California 92120.



## ATTACHMENT B
## DESCRIPTION OF EVIDENCE TO BE SEIZED

### FIREARMS

Any and all firearms or ammunition located in the vehicle, as well as other items pertaining to the possession of firearms, which include parts, accessories and photographs of firearms or of persons in possession of firearms.

### NARCOTICS

Any and all narcotics located in the vehicle, as well as other items pertaining to the possession or sales of narcotics, which include paraphernalia, scales, accessories, photographs of narcotics or of persons in possession of narcotics.

### RECORDS/DOCUMENTS

Any and all books, records, documents or photographs that pertain to firearms and or narcotics, transactions for firearms and or narcotics, finances or establish the persons who have dominion and control over the property and vehicle searched.

### VEHICLES

One 1998 Volkswagen Beetle, California license plate 5XZL853, Vehicle Identification Number 3VWBBG1C1WM035857.

And other instrumentalities and evidence of violations of Title 18, United States Code, Section 922(a)(6), 922(g)(3), and Title 21, United States Code 841(a)(1) as demonstrated in this attached affidavit.